**Dismiss and Opinion Filed April 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00819-CV**

**WALTER BENN, Appellant**
**V.**
**FRED JACKSON, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03200-D**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal to be submitted without a reporter's record and for appellant to file his brief within thirty days. When appellant failed to do so, we directed appellant by postcard to file the brief within ten days and cautioned him that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).


210819f.p05                                  /Lana Myers//
                                             LANA MYERS
                                             JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

WALTER BENN, Appellant

No. 05-21-00819-CV      V.

FRED JACKSON, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-21-03200-D.
Opinion delivered by Justice Myers. Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 12th day of April, 2022.